19763—Fire Association of Philadelphia v. Joseph Agresta; error to the Ashtabula Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 4-10-26, 4 Abs. 255; OS. Pend. 4 Abs. 377.

19835—George P. Sohngen, Rcr. v. Public Utilities Commission; error to the Public Utilities Commission. Order affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-24-26, 4 Abs. 338.

19836—George P. Sohngen, Rcr. v. Public Utilities Commission; error to the Public Utilities Commission. Order affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-24-26, 4 Abs. 338.

19862—Jay P. Hitz v. W. E. Telling et al; error to the Cuyahoga Appeals. Dismissed by consent of parties at the cost of plaintiff in error. Dock. 6-4-26, 4 Abs. 379; OS. Pend. 4 Abs. 523.

19874—L. R. Pulliam v. J. P. Hitz et al; error to the Cuyahoga Appeals. Dismissed by consent of parties at cost of plaintiff in error. Dock. 6-7-26; 4 Abs. 379; OS. Pend. 4 Abs. 486.

19943—Caldwell & Taylor v. State of Ohio; error to the Franklin Appeals. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 6-30-26, 4 Abs. 475; OS. Pend. 4 Abs. 605; OA. 4 Abs. 794.

19961—State of Ohio, ex rel. Fred Kohler, v. Homer G. Powell, Chief Justice; error to the Cuyahoga Appeals. Judgment affirmed. Marshall, CJ., Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Jones, J., not participating. Dock. 7-8-26, 4 Abs. 475.

20071—State of Ohio, ex rel. Charles K. Freer v. Charles W. Sperling, Probate Judge. In Prohibition. Dismissed on motion of relator at his costs. Dock. 8-25-26, 4 Abs. 590.

## MOTION DOCKET

19918—Elizabeth M. Gordon v. C. E. Terrill et al; motion for the Cuyahoga Appeals to certify. Overruled. Dock. 6-23-26, 4 Abs. 404; OS. Pend. 4 Abs. 573.

19919—William Gordon v. C. E. Terrill et al; motion for the Cuyahoga Appeals to certify. Overruled. Dock. 6-23-26, 4 Abs. 404; OS. Pend. 4 Abs. 573.

19953—Sam Finkleman v. State of Ohio. Motion for Butler Appeals to certify. Overruled. Dock. 7-6-26, 4 Abs. 475; OS. Pend. 4 Abs. 652.

19960—Fred Kohler, Sheriff v. Homer G. Powell et. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-8-26, 4 Abs. 475; OS. Pend. 4 Abs. 651.

19962—Cleveland Builders Supply & Brick Co. et v. Village of Garfield Heights et. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 7-8-26, 4 Abs. 475; OS. Pend. 4 Abs. 637.

19967—Cleveland Ry. Co. v. John E. Marvin et. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-12-26, 4 Abs. 493; OS. Pend. 4 Abs. 650.

19985—Charles H. Weeden v. Harriett W. Weeden. Motion for Franklin Appeals to certify. Allowed. Dock. 7-16-26, 4 Abs. 493; OS. Pend. 4 Abs. 638.

19994—Samuel E. Dettelbach et v. Harriett White Wilmot et. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-20-26, 4 Abs. 510; OS. Pend. 4 Abs. 707.

1997—Hala Jackson v. Elizabeth Dice et. Motion for Scioto Appeals to certify. Overruled. Dock. 7-20-26, 4 Abs. 510; OS. Pend. 4 Abs. 707.

20000—State of Ohio v. Thomas Kilduff. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-21-26, 4 Abs. 510; OA. 4 Abs. 717; OS. Pend. 4 Abs. 708.

20006—Sylvia Payne v. Henry Reynolds et. Motion for Lawrence Appeals to certify. Overruled. Dock. 7-24-26, 4 Abs. 511; OS. Pend. 4 Abs. 720.

20010—Clara Edmondson v. Esther F. Weiss. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-27-26, 4 Abs. 525; OS. Pend. 4 Abs. 720.

20017—Katie Smith v. William C. Voss. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-28-26, 4 Abs. 525; OA. 4 Abs. 721.

20026—George Tomko v. Wheeling & Lake Erie R. R. Co. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-30-26, 4 Abs. 525; OS. Pend. 4 Abs. 722.

20036—Hartford Fire Insurance Company of Hartford, Conn. v. Rufus Glass. Motion for Greene Appeals to certify. Allowed. Dock. 8-2-26, 4 Abs. 527.

20037—Roman Gorski v. Alexandra Gorski. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 8-2-26, 4 Abs. 527; OS. Pend. 4 Abs. 753.

20046—Libbey Glass Co. v. Otto C. Gronan. Motion for Lucas Appeals to certify. Allowed. Dock. 8-5-26, 4 Abs. 542; OS. Pend. 4 Abs. 739.

20048—Lawrence Lytle, Admr. v. Union Gas & Electric Co. Motion for Hamilton Appeals to certify. Overruled. Dock. 8-6-26, 4 Abs. 542; OS. Pend. 4 Abs. 739.

20056—George C. Baugham v. Herschede Motor Car Co. Motion for Hamilton Appeals to certify. Overruled. Dock. 8-9-26, 4 Abs. 543; OS. Pend. 4 Abs. 740.

20060—Mt. Zion Congregational Church v. Rice Harper et. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 8-17-26, 4 Abs. 574; OS. Pend. 4 Abs. 754.

20076—Guardian Savings and Trust Co. v. Templar Motors Co. et al. Motion for Cuyahoga Appeals to certify. Allowed. Dock. 8-29-26, 4 Abs. 606. OS. Pend. 4 Abs. 755.

20123—Thomas H. Morrow, Recr. v. William F. Hess, Auditor. Motion for Hamilton Appeals to certify. Allowed. Dock. 10-8-26, 4 Abs. 674.

20127—Morrall W. Miller et v. Dora Weiner. Motion for Trumbull Appeals to certify. Motion withdrawn by plaintiff in error. Dock. 10-16-26, 4 Abs. 710.

20142—George Beyoglides v. State of Ohio. Motion for leave to file petition in error to the Stark Appeals. Overruled. Dock. 10-28-26, 4 Abs. 742.

20176—State of Ohio, ex rel. J. Bell Smith, v. City of Fremont, Ohio, et. Motion by defendants to quash. Sheriff's return of service of summons and to dismiss cause. Overruled. Dock. 11-8-26, 4 Abs. 791.